UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KENNETH MILLS, Plaintiff,

vs.

CALIFORNIA BOARD OF CORRECTIONS

Defendant.

CASE NO. C 07 5422

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, KENNETH MILLS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____OCTOBER 1999_____
5  _____/__/__/_____
6  _____/__/__/_____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ____ No ✓
10            self employment
11      b.    Income from stocks, bonds,                 Yes ____ No ✓
12            or royalties?
13      c.    Rent payments?                             Yes ____ No ✓
14      d.    Pensions, annuities, or                    Yes ____ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,         Yes ____ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____"N/A"_____
22  _____"N/A"_____
23  3.     Are you married?                              Yes ____ No ✓
24  Spouse's Full Name: _____"N/A"_____
25  Spouse's Place of Employment: _____"N/A"_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____"N/A"_____ Net $_____"N/A"_____
28  4.     a.    List amount you contribute to your spouse's support: $ ___0___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __OCTOBER 1999__
5  __/ / /__
6  __/ / /__
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                          Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,                       Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                                   Yes ___ No ✓
14    d.   Pensions, annuities, or                          Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,               Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __"N/A"__
22  __"N/A"__
23  3.   Are you married?         "N/A"                     Yes ___ No ✓
24  Spouse's Full Name: __"N/A"__
25  Spouse's Place of Employment: __"N/A"__
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $__"N/A"__   Net $__"N/A"__
28  4.   a.   List amount you contribute to your spouse's support: $__0__

*8192476*
*300743*

Case Number: "T-19095"

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of "KENNETH W. MILLS" [prisoner name] for the last six months at "SALINAS VALLEY STATE PRISON" [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ∅ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ∅ .

Dated: _____

_____
[Authorized officer of the institution]

I SWEAR UNDER PENALTY OF PERJURY that THE FOREGOING IS "TRUE & CORRECT". PRISON OFFICIALS REFUSES TO SIGN THIS CERTIFICATE. PRISON OFFICIALS WANT TO READ YOUR LEGAL MAIL BEFORE MAILING OR YOUR LEGAL DOCUMENTS SOME HOW GETS LOST IN THE MAIL. (MY LEGAL WORK/PAPERS IS CONFIDENTIAL)

Kenneth Mills T-19095 D-4/131L 10-12-2007

-5-

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 09/19/
                                                                           PAGE NO:
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                SALINAS VALLEY STATE PRISON
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 19, 2007

ACCOUNT NUMBER : T19095                                 BED/CELL NUMBER: FDB2T1000000122L
ACCOUNT NAME   : MILLS, KENNETH WAYNE                   ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                   TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                                   CURRENT HOLDS IN EFFECT
    DATE        HOLD
   PLACED       CODE             DESCRIPTION                COMMENT          HOLD AMOUNT
   ------       ----             -----------                -------          -----------
  09/04/2007    H118     LEGAL COPIES HOLD              0665 LCOPY              11.40
  09/04/2007    H109     LEGAL POSTAGE HOLD             0665 LPOST               2.50
  09/04/2007    H109     LEGAL POSTAGE HOLD             0665 ENVEL               2.25
  09/04/2007    H109     LEGAL POSTAGE HOLD             0673 LPOST               0.41
  09/06/2007    H109     LEGAL POSTAGE HOLD             0691 LPOST               0.41
  09/06/2007    H109     LEGAL POSTAGE HOLD             0691 LPOST               0.58
  09/06/2007    H109     LEGAL POSTAGE HOLD             0691 LPOST               0.41
  09/06/2007    H109     LEGAL POSTAGE HOLD             0702 LPOST               1.31
  09/06/2007    H109     LEGAL POSTAGE HOLD             0702 ENVEL               2.45
  09/06/2007    H118     LEGAL COPIES HOLD              0702 LCOPY              20.00
  09/07/2007    H109     LEGAL POSTAGE HOLD             0719 LPOST               1.82
  09/07/2007    H109     LEGAL POSTAGE HOLD             0719 LPOST               1.48
  09/07/2007    H109     LEGAL POSTAGE HOLD             0719 LPOST               1.82
  09/07/2007    H109     LEGAL POSTAGE HOLD             0719 LPOST               0.41
  09/07/2007    H109     LEGAL POSTAGE HOLD             0719 LPOST               0.41
  09/07/2007    H109     LEGAL POSTAGE HOLD             0719 LPOST               0.41
  09/07/2007    H107     POSTAGE HOLD                   0721 POST                0.41
  09/12/2007    H109     LEGAL POSTAGE HOLD             0757 LPOST               1.82
  09/12/2007    H109     LEGAL POSTAGE HOLD             0757 LPOST               0.58
  09/12/2007    H109     LEGAL POSTAGE HOLD             0757 LPOST               1.65
  09/12/2007    H109     LEGAL POSTAGE HOLD             0757 LPOST               1.82
  09/12/2007    H109     LEGAL POSTAGE HOLD             0757 LPOST               1.31
  09/12/2007    H109     LEGAL POSTAGE HOLD             0757 LPOST               0.75
  09/12/2007    H109     LEGAL POSTAGE HOLD             0757 LPOST               1.82
  09/12/2007    H109     LEGAL POSTAGE HOLD             0757 LPOST               1.48
  09/14/2007    H109     LEGAL POSTAGE HOLD             0804 LPOST               0.41
  09/14/2007    H109     LEGAL POSTAGE HOLD             0804 LPOST               0.41
  09/14/2007    H109     LEGAL POSTAGE HOLD             0806 ENVEL               2.45
  09/14/2007    H118     LEGAL COPIES HOLD              0807 LCOPY              14.80
  09/17/2007    H109     LEGAL POSTAGE HOLD             0825 LPOST               1.31
  09/17/2007    H109     LEGAL POSTAGE HOLD             0825 LPOST               0.41
  09/17/2007    H109     LEGAL POSTAGE HOLD             0825 LPOST               1.48
```

(5 of 8)

REPORT ID: TS3030 .701                                                    REPORT DATE: 09/19
                                                                          PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 19, 2007

ACCT: T19095        ACCT NAME: MILLS, KENNETH WAYNE         ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIO TO BE POST |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 80.98 | 0. |

CURRENT
AVAILABLE
BALANCE

80

```
REPORT ID: TS3030 .701                                                          REPORT DATE: 09/12
                                                                                PAGE NO:
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  SALINAS VALLEY STATE PRISON
                                 INMATE TRUST ACCOUNTING SYSTEM
                                 INMATE TRUST ACCOUNT STATEMENT

                            FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 12, 2007

  ACCOUNT NUMBER : T19095                           BED/CELL NUMBER: FDB2T100000122
  ACCOUNT NAME   : MILLS, KENNETH WAYNE                ACCOUNT TYPE: I
  PRIVILEGE GROUP: D
                                    TRUST ACCOUNT ACTIVITY

         << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                                      CURRENT HOLDS IN EFFECT
    DATE          HOLD
   PLACED         CODE           DESCRIPTION              COMMENT           HOLD AMOUNT
  ----------     ------   --------------------------   ---------------     ------------
  08/16/2007      H109    LEGAL POSTAGE HOLD           0538 LPOST                 0.58
  08/16/2007      H109    LEGAL POSTAGE HOLD           0538 LPOST                 2.67
  08/16/2007      H109    LEGAL POSTAGE HOLD           0538 LPOST                 1.82
  08/16/2007      H109    LEGAL POSTAGE HOLD           0538 LPOST                 1.99
  08/22/2007      H109    LEGAL POSTAGE HOLD           0586 LPOST                 0.75
  08/23/2007      H109    LEGAL POSTAGE HOLD           0599 LPOST                 1.48
  08/23/2007      H109    LEGAL POSTAGE HOLD           0599 LPOST                 1.48
  08/27/2007      H118    LEGAL COPIES HOLD            0621 LCOPY                46.40
  08/27/2007      H109    LEGAL POSTAGE HOLD           0625 LPOST                 1.65
  08/27/2007      H109    LEGAL POSTAGE HOLD           0625 LPOST                 0.41
  08/27/2007      H109    LEGAL POSTAGE HOLD           0625 LPOST                 0.41
  08/27/2007      H109    LEGAL POSTAGE HOLD           0625 ENVEL                 2.01
  08/28/2007      H109    LEGAL POSTAGE HOLD           0639 LPOST                 2.67
  08/28/2007      H109    LEGAL POSTAGE HOLD           0639 LPOST                 0.41
  08/28/2007      H109    LEGAL POSTAGE HOLD           0639 LPOST                 2.50
  08/29/2007      H109    LEGAL POSTAGE HOLD           0641 LPOST                 2.33
  09/04/2007      H118    LEGAL COPIES HOLD            0665 LCOPY                11.40
  09/04/2007      H109    LEGAL POSTAGE HOLD           0665 LPOST                 2.50
  09/04/2007      H109    LEGAL POSTAGE HOLD           0665 ENVEL                 2.25
  09/04/2007      H109    LEGAL POSTAGE HOLD           0673 LPOST                 0.41
  09/06/2007      H109    LEGAL POSTAGE HOLD           0691 LPOST                 0.41
  09/06/2007      H109    LEGAL POSTAGE HOLD           0691 LPOST                 0.58
  09/06/2007      H109    LEGAL POSTAGE HOLD           0691 LPOST                 0.41
  09/06/2007      H109    LEGAL POSTAGE HOLD           0702 LPOST                 1.31
  09/06/2007      H109    LEGAL POSTAGE HOLD           0702 ENVEL                 2.45
  09/06/2007      H118    LEGAL COPIES HOLD            0702 LCOPY                20.00
  09/07/2007      H109    LEGAL POSTAGE HOLD           0719 LPOST                 1.82
  09/07/2007      H109    LEGAL POSTAGE HOLD           0719 LPOST                 1.48
  09/07/2007      H109    LEGAL POSTAGE HOLD           0719 LPOST                 1.82
  09/07/2007      H109    LEGAL POSTAGE HOLD           0719 LPOST                 0.41
  09/07/2007      H109    LEGAL POSTAGE HOLD           0719 LPOST                 0.41
  09/07/2007      H109    LEGAL POSTAGE HOLD           0719 LPOST                 0.41
  09/07/2007      H107    POSTAGE HOLD                 0721 POST                  0.41
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 09/12
                                                                     PAGE NO:

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 12, 2007

ACCOUNT NUMBER : T19095                          BED/CELL NUMBER: FDB2T1000000122
ACCOUNT NAME   : MILLS, KENNETH WAYNE            ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE        DESCRIPTION                 COMMENT          HOLD AMOUNT
  ------       ----        -----------                 -------          -----------
 08/16/2007    H109    LEGAL POSTAGE HOLD           0538 LPOST              0.58
 08/16/2007    H109    LEGAL POSTAGE HOLD           0538 LPOST              2.67
 08/16/2007    H109    LEGAL POSTAGE HOLD           0538 LPOST              1.82
 08/16/2007    H109    LEGAL POSTAGE HOLD           0538 LPOST              1.99
 08/22/2007    H109    LEGAL POSTAGE HOLD           0586 LPOST              0.75
 08/23/2007    H109    LEGAL POSTAGE HOLD           0599 LPOST              1.48
 08/23/2007    H109    LEGAL POSTAGE HOLD           0599 LPOST              1.48
 08/27/2007    H118    LEGAL COPIES HOLD            0621 LCOPY             46.40
 08/27/2007    H109    LEGAL POSTAGE HOLD           0625 LPOST              1.65
 08/27/2007    H109    LEGAL POSTAGE HOLD           0625 LPOST              0.41
 08/27/2007    H109    LEGAL POSTAGE HOLD           0625 LPOST              0.41
 08/27/2007    H109    LEGAL POSTAGE HOLD           0625 ENVEL              2.01
 08/28/2007    H109    LEGAL POSTAGE HOLD           0639 LPOST              2.67
 08/28/2007    H109    LEGAL POSTAGE HOLD           0639 LPOST              0.41
 08/28/2007    H109    LEGAL POSTAGE HOLD           0639 LPOST              2.50
 08/29/2007    H109    LEGAL POSTAGE HOLD           0641 LPOST              2.33
 09/04/2007    H118    LEGAL COPIES HOLD            0665 LCOPY             11.40
 09/04/2007    H109    LEGAL POSTAGE HOLD           0665 LPOST              2.50
 09/04/2007    H109    LEGAL POSTAGE HOLD           0665 ENVEL              2.25
 09/04/2007    H109    LEGAL POSTAGE HOLD           0673 LPOST              0.41
 09/06/2007    H109    LEGAL POSTAGE HOLD           0691 LPOST              0.41
 09/06/2007    H109    LEGAL POSTAGE HOLD           0691 LPOST              0.58
 09/06/2007    H109    LEGAL POSTAGE HOLD           0691 LPOST              0.41
 09/06/2007    H109    LEGAL POSTAGE HOLD           0702 LPOST              1.31
 09/06/2007    H109    LEGAL POSTAGE HOLD           0702 ENVEL              2.45
 09/06/2007    H118    LEGAL COPIES HOLD            0702 LCOPY             20.00
 09/07/2007    H109    LEGAL POSTAGE HOLD           0719 LPOST              1.82
 09/07/2007    H109    LEGAL POSTAGE HOLD           0719 LPOST              1.48
 09/07/2007    H109    LEGAL POSTAGE HOLD           0719 LPOST              1.82
 09/07/2007    H109    LEGAL POSTAGE HOLD           0719 LPOST              0.41
 09/07/2007    H109    LEGAL POSTAGE HOLD           0719 LPOST              0.41
 09/07/2007    H109    LEGAL POSTAGE HOLD           0719 LPOST              0.41
 09/07/2007    H107    POSTAGE HOLD                 0721 POST               0.41
```

```
REPORT ID: TS3030  .701                                           REPORT DATE: 09/12
                                                                  PAGE NO:
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 12, 2007

  ACCT: T19095         ACCT NAME: MILLS, KENNETH WAYNE        ACCT TYPE: I

                             TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIO TO BE POST |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 118.04 | 0. |

CURRENT AVAILABLE BALANCE

118.

```
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: APR. 01, 2007 THRU SEP. 05, 2007

OUNT NUMBER  : T19095                      BED/CELL NUMBER: FDB2T100000122L
OUNT NAME    : MILLS, KENNETH WAYNE             ACCOUNT TYPE: I
VILEGE GROUP : D
                             TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
  DATE         HOLD
  PLACED       CODE         DESCRIPTION           COMMENT         HOLD AMOUNT
 ---------    ------   ---------------------    ------------    -------------
 09/2007      H109     LEGAL POSTAGE HOLD       0463 LPOST            0.41
 09/2007      H109     LEGAL POSTAGE HOLD       0463 LPOST            0.58
 14/2007      H109     LEGAL POSTAGE HOLD       0513 ENVEL            2.75
 15/2007      H109     LEGAL POSTAGE HOLD       0530 LPOST            0.41
 15/2007      H109     LEGAL POSTAGE HOLD       0530 LPOST            1.65
 16/2007      H109     LEGAL POSTAGE HOLD       0538 LPOST            0.58
 16/2007      H109     LEGAL POSTAGE HOLD       0538 LPOST            2.67
 16/2007      H109     LEGAL POSTAGE HOLD       0538 LPOST            1.82
 16/2007      H109     LEGAL POSTAGE HOLD       0538 LPOST            1.99
 16/2007      H109     LEGAL POSTAGE HOLD       0538 LPOST            1.14
 17/2007      H118     LEGAL COPIES HOLD        0548 LCOPY           19.00
 17/2007      H109     LEGAL POSTAGE HOLD       0548 ENVEL            2.45
 22/2007      H109     LEGAL POSTAGE HOLD       0586 LPOST            0.75
 23/2007      H109     LEGAL POSTAGE HOLD       0599 LPOST            1.48
 23/2007      H109     LEGAL POSTAGE HOLD       0599 LPOST            1.48
 27/2007      H118     LEGAL COPIES HOLD        0621 LCOPY           46.40
 27/2007      H109     LEGAL POSTAGE HOLD       0625 LPOST            1.65
 27/2007      H109     LEGAL POSTAGE HOLD       0625 LPOST            0.41
 27/2007      H109     LEGAL POSTAGE HOLD       0625 LPOST            0.41
 27/2007      H109     LEGAL POSTAGE HOLD       0625 ENVEL            2.01
 28/2007      H109     LEGAL POSTAGE HOLD       0639 LPOST            2.67
 28/2007      H109     LEGAL POSTAGE HOLD       0639 LPOST            0.41
 28/2007      H109     LEGAL POSTAGE HOLD       0639 LPOST            2.50
 29/2007      H109     LEGAL POSTAGE HOLD       0641 LPOST            2.33
 04/2007      H118     LEGAL COPIES HOLD        0665 LCOPY           11.40
 04/2007      H109     LEGAL POSTAGE HOLD       0665 LPOST            2.50
 04/2007      H109     LEGAL POSTAGE HOLD       0665 ENVEL            2.25
 04/2007      H109     LEGAL POSTAGE HOLD       0673 LPOST            0.41
```

"Page 3 of 4"

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2007 THRU SEP. 05, 2007

ACCOUNT NUMBER : T19095          BED/CELL NUMBER: FDB2T1000000122L
ACCOUNT NAME   : MILLS, KENNETH WAYNE     ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| /09/2007 | H109 | LEGAL POSTAGE HOLD | 0463 LPOST | 0.41 |
| /09/2007 | H109 | LEGAL POSTAGE HOLD | 0463 LPOST | 0.58 |
| /14/2007 | H109 | LEGAL POSTAGE HOLD | 0513 ENVEL | 2.75 |
| /15/2007 | H109 | LEGAL POSTAGE HOLD | 0530 LPOST | 0.41 |
| /15/2007 | H109 | LEGAL POSTAGE HOLD | 0530 LPOST | 1.65 |
| /16/2007 | H109 | LEGAL POSTAGE HOLD | 0538 LPOST | 0.58 |
| /16/2007 | H109 | LEGAL POSTAGE HOLD | 0538 LPOST | 2.67 |
| /16/2007 | H109 | LEGAL POSTAGE HOLD | 0538 LPOST | 1.82 |
| /16/2007 | H109 | LEGAL POSTAGE HOLD | 0538 LPOST | 1.99 |
| /16/2007 | H109 | LEGAL POSTAGE HOLD | 0538 LPOST | 1.14 |
| /17/2007 | H118 | LEGAL COPIES HOLD | 0548 LCOPY | 19.00 |
| /17/2007 | H109 | LEGAL POSTAGE HOLD | 0548 ENVEL | 2.45 |
| /22/2007 | H109 | LEGAL POSTAGE HOLD | 0586 LPOST | 0.75 |
| /23/2007 | H109 | LEGAL POSTAGE HOLD | 0599 LPOST | 1.48 |
| /23/2007 | H109 | LEGAL POSTAGE HOLD | 0599 LPOST | 1.48 |
| /27/2007 | H118 | LEGAL COPIES HOLD | 0621 LCOPY | 46.40 |
| /27/2007 | H109 | LEGAL POSTAGE HOLD | 0625 LPOST | 1.65 |
| /27/2007 | H109 | LEGAL POSTAGE HOLD | 0625 LPOST | 0.41 |
| /27/2007 | H109 | LEGAL POSTAGE HOLD | 0625 LPOST | 0.41 |
| /27/2007 | H109 | LEGAL POSTAGE HOLD | 0625 ENVEL | 2.01 |
| /28/2007 | H109 | LEGAL POSTAGE HOLD | 0639 LPOST | 2.67 |
| /28/2007 | H109 | LEGAL POSTAGE HOLD | 0639 LPOST | 0.41 |
| /28/2007 | H109 | LEGAL POSTAGE HOLD | 0639 LPOST | 2.50 |
| /29/2007 | H109 | LEGAL POSTAGE HOLD | 0641 LPOST | 2.33 |
| /04/2007 | H118 | LEGAL COPIES HOLD | 0665 LCOPY | 11.40 |
| /04/2007 | H109 | LEGAL POSTAGE HOLD | 0665 LPOST | 2.50 |
| /04/2007 | H109 | LEGAL POSTAGE HOLD | 0665 ENVEL | 2.25 |
| /04/2007 | H109 | LEGAL POSTAGE HOLD | 0673 LPOST | 0.41 |

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: APR. 01, 2007 THRU SEP. 05, 2007

T:   T19095        ACCT NAME: MILLS, KENNETH WAYNE          ACCT TYPE: I

                            TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS         TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS     BALANCE       BALANCE        TO BE POSTED
---------   -----------   ------------   -----------   -----------   ----------------
  0.00         0.00           0.00          0.00         114.51            0.00


                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                               114.51-
```

(PAGE 4 OF 4)

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2007 THRU SEP. 05, 2007

T: T19095        ACCT NAME: MILLS, KENNETH WAYNE        ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 114.51 | 0.00 |

CURRENT AVAILABLE BALANCE

114.51-

(PAGE 4 OF 4)

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, **KENNETH W. MILL**, declare under penalty of perjury that: I am the _____ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 17th day of October, 20 07, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) **Kenneth Mill**
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Kenneth Mill**, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On **Oct. 17th**, 20 **07**, I served the foregoing: **42 U.S.C § 1983 CIVIL RIGHTS COMPLAINT CACT — PETITION HABEAS CORPUS - K.Mill v. Superior Court of CA. - Judge Cynthia Rayves - Norwalk Court House - LA County**
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

**United States District Court for the Northern District of California - 450 Golden Gate Avenue - Office of the Clerk of the Court - San Francisco California 94102-3483 - Appointment of Counsel - Not Recieved Certified Minute Order - 1/31/08 TOTAL**
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/17 2007

**Kenneth Mill**
DECLARANT/PRISONER