

**CORRECTIONAL TRAINING FACILITY AT SOLEDAD**
**RETURN TO SENDER NOTIFICATION**

REASON ITEM IS BEING RETURNED:

[ ] OUT TO COURT
[ ] UNAUTHORIZED CORRESPONDENCE
[ ] PAROLED
[ ] UNABLE TO LOCATE/NO MATCH
[✓] Other  NO longer here
[ ] HOBBY

Date: 11/8/07  By: _____

CTF-1372M (Rev. 01-03)

1 OF 60

BH93456

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **MILLS**  **KENNETH**  **W**
    (Last)    (First)    (Initial)

Prisoner Number **T-79095**

Institutional Address **SALINAS VALLEY STATE PRISON - 125 AISER ST. SOLEDAD, CA. - 93960-1050**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Kenneth Wayne Mills**
(Enter the full name of plaintiff in this action.)

vs.

**Board of Prison Terms et. al.,**
**California Department of Corrections**
**N/A**
**N/A**
(Enter the full name of the defendant(s) in this action)

C 07 5422 (PR) RMW

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1. Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement **SALINAS VALLEY STATE PRISON**

   B. Is there a grievance procedure in this institution?
       YES (X)    NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?
       YES ( )    NO (X)

   D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. **"N/A"**

COMPLAINT

(-1- of 8)