IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS, | No. C 07-5422 RMW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| BOARD OF PRISON TERMS, et al., | |
| Defendants. | (Docket No. 2) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint concerning his probation revocation hearing in Solano County Superior Court. The acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

In view of the transfer, the court will not rule upon plaintiff's pending motion to proceed in forma pauperis (docket no. 2). The clerk shall transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 12/3/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Mills422trans        1

1  This is to certify that on _____12/5/2007_____, a copy of this ruling was mailed to the following:

3  Kenneth Wayne Mills
   T-19095
4  Salinas Valley State Prison
   P.O. Box 1050
5  Soledad, CA  93960-1050