KENNETH W. MILLS T-19085
AVENAL VALLEY STATE PRISON (D2/128)
125 ALDER STREET
AVENAL, CA. 93204-1090

Case 5:07-cv-05422-RMW   Document 5   Filed 01/14/2008   Page 1 of 4
Filed   closed
JAN 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE "UNITED STATES DISTRICT COURT" FOR THE "EASTERN DISTRICT OF CALIFORNIA"

PETITION 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT NO. C07-5422 RMW

(NO. C07-5422 RMW (PR))

KENNETH WAYNE MILLS
PLAINTIFF
VS.
BOARD OF PRISON TERMS ET..AL..
DEFENDENDS

"PLAINTIFF" A "STATE PRISONER" PROCEEDING PRO SEE HEREBY "DECLARE" THAT I'M "INDIGENT" FOR THIS "MATTER" AND "UNABLE TO AFFORD COUNSEL." MY "TOTAL ASSETS" ARE "B.D." AND MY "INCOME IS B.D. PER MONTH." I HEREBY "REQUEST" THE "COURT" TO "APPOINT COUNSEL" (IN THIS MATTER) SO "MY INTERESTS" MAY BE "PROTECTED" BY THE "PROFFESSIONAL ASSISTANCE" REQUIRED." "PLAINTIFF" ALSO "STATES" OF "BEING IN "PRISONS" "MENTAL HEALTH PROGRAM."
IN "ADDITION," WHEN A "COURT ISSUES" AN "ORDER TO SHOW CAUSE" "COUNSEL MUST BE APPOINTED" FOR AN "INDIGENT PRISONER" WHO "REQUEST COUNSEL". ("CALIFORNIA Rules of Court" Rule No. 4.551(c)(2))

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT    01/10/2008
"2 OF 8"                    Kenneth mills T-19085 D2/128

```
EP(    .D: TS3030  .701                  ec23956                    REPORT DATE: 10/05/07
                                          perf                      PAGE NO:           1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 05, 2007

:COUNT NUMBER  : T19095                          BED/CELL NUMBER: FDB4T100000131L
:COUNT NAME    : MILLS, KENNETH WAYNE            ACCOUNT TYPE: I
:IVILEGE GROUP: A
                               TRUST ACCOUNT ACTIVITY

            << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
  DATE         HOLD
 PLACED        CODE          DESCRIPTION               COMMENT         HOLD AMOUNT
 ------        ----          -----------               -------         -----------
 /07/2007      H107    POSTAGE HOLD                 0721 POST              0.41
 /14/2007      H109    LEGAL POSTAGE HOLD           0804 LPOST             0.41
 /14/2007      H109    LEGAL POSTAGE HOLD           0804 LPOST             0.41
 /14/2007      H118    LEGAL COPIES HOLD            0807 LCOPY            14.80
 /17/2007      H109    LEGAL POSTAGE HOLD           0825 LPOST             1.31
 /17/2007      H109    LEGAL POSTAGE HOLD           0825 LPOST             1.48
 /19/2007      H109    LEGAL POSTAGE HOLD           0856 LPOST             0.92
 /20/2007      H109    LEGAL POSTAGE HOLD           0867 LPOST             4.90
 /20/2007      H109    LEGAL POSTAGE HOLD           0867 LPOST             0.41
 /20/2007      H109    LEGAL POSTAGE HOLD           0867 ENVEL             3.05
 /21/2007      H109    LEGAL POSTAGE HOLD           0875 LPOST             1.31
 /21/2007      H109    LEGAL POSTAGE HOLD           0875 LPOST             0.58
 /25/2007      H109    LEGAL POSTAGE HOLD           0908 LPOST             1.48
 /25/2007      H109    LEGAL POSTAGE HOLD           0908 LPOST             1.48
 /25/2007      H109    LEGAL POSTAGE HOLD           0908 LPOST             1.65
 /26/2007      H109    LEGAL POSTAGE HOLD           0923 LPOST             1.31
 /26/2007      H109    LEGAL POSTAGE HOLD           0923 LPOST             2.84
 /01/2007      H109    LEGAL POSTAGE HOLD           0940 LPOST             2.33
 /03/2007      H109    LEGAL POSTAGE HOLD           0966 LPOST             1.14

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL          CURRENT        HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS      BALANCE       BALANCE     TO BE POSTED
 -------       --------     -----------      -------       -------     ------------
   0.00          0.00           0.00           0.00         42.22          0.00


                                                                        CURRENT
                                                                       AVAILABLE
                                                                        BALANCE
                                                                       ---------
                                                                         42.22-
```

*Mailing out Legal Mail*

*(30FS)*

"CLERK-"

"MY" NAME IS KENNETH MILLS "T-19095" AND IM A "STATE PRISONER" "IMPRISONED" AT SALINAS VALLEY STATE PRISON D2/124 125 ALDER STREET SOLEDAD, CA. 93960-1050

AND THE PRISON LIBRARY HERE IS "NOT LAWFULLY STOCKED" WITH "LAW BOOKS" "MATERIAL" AND "PLAIN INFORMATION."
I MEET "THE LAW LIBRARY" FROM A "CAGE" (APPROX 5 SQ).
IM MAKING AN REQUEST TO B MADE "SEND" ME THE "ADDRESS" TO THE "COURTS" IN "CALIFORNIA." (STATE AND FEDERAL)
"IM SORRY" TO TAKE UP YOUR "VALUABLE TIME".
"IM OUT."

GOD BLESS YOU

Kenneth Mills T-19095 D2/124 01/10/69

RECEIVED JAN 14 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

